**FILED**

JAN 2 2 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA, WASHINGTON, D.C.,

DR. RABBI K. A. ISRAEL, CONSULAR ATTORNEY,
ALSO KNOWN AS
DR. RABBI K. GARTH RICHARDSON,
THE BROTHER OF, AND GUARDIAN FOR
MS. BEATRICE DEMETRICE GARTH,
A DISABLED PERSON,
P.O. BOX 803241,
CHICAGO, ILLINOIS, 60680-3241
TELEPHONE: (773)-469-8132

PLAINTIFFS,

VERSUS

CIRCUIT COURT OF COOK
COUNTY, ILLINOIS,

DOROTHY BROWN, CLERK OF THE COURT,
CIRCUIT COURT OF COOK
COUNTY, ILLINOIS,
ROOM 1001,
50 WEST WASHINGTON,
CHICAGO, ILLINOIS, 60602

MIKE DELANEY, ATTORNEY AT LAW,
DELANEY LAW OFFICES,
14524 JOHN HUMPHREY DRIVE,
ORLAND PARK, ILLINOIS, 60462

LISA MADIGAN, ATTORNEY GENERAL
FOR THE STATE OF ILLINOIS,
11TH. FLOOR,
100 WEST RANDOLPH STREET,
CHICAGO, ILLINOIS, 60601

ETHEL MAE SPENCER,
9503 WEST MAIN STREET, APT. (A),
BELLEVILLE, ILLINOIS, 62223

ELVIE NELSON GARTH,
1526 6TH. STREET,
MADISON, ILLINOIS, 62060

ERNESTINE ALLEN,
_____ BIRMINGHAM DRIVE,
AUGUSTA, GEORGIA, 30906

DEFENDANTS,

RECEIVED
DEC 19 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Case: 1:08-cv-00121
Assigned To: Unassigned
Assign. Date: 1/22/2008
Description: Civil Rights-Non-Employ.

JUR. ACTION

PGS 1-11
ATT. A(i

EMERGENCY COMPLAINT, AND
EMERGENCY MOTION FOR
CHANGE OF VENUE, ET AL.,
UNDER, AND PURSUANT TO,
SARBANES-OXLEY-ACT-(2002);
RULE(S) (301)(d), (406/407),
ARTICLE(S) (III) ss (2),
(IV) ss (1) & PARA. (1)
ss (2), TITLE 42 ss (1985):
OBSTRUCTION OF JUSTICE:
28 U.S.C. ss 1343(a1)-(b2),
ART. (VI):PARA. (2) & (3),
AMEND. I, IV, V, VI, VII,
& XIV; ss (1); U.S. CONST..

DAMAGES CLAIMED:
$$100,000,000.00;
ONE-HUNDRED-MILLION-
DOLLARS; U.S. CURRENCY.
JURY TRIAL DEMANDED!!

DISTRICT COURT JUDGE: _____

DIST. COURT MAG. JUDGE: _____
F.R.C.P.: (38) JURY TRIAL!!

DISTRICT COURT NUMBER: _____
D.C. VENUE:
28 U.S.C. ss 1391 (a1--f1).
DISTRICT COURT JURISDICTION:
ARTICLE (III): ss (1) & (2),
ARTICLE (IV): ss (1) AND
PARAGRAPH (1) OF ss (2)
OF THE U.S. CONSTITUTION,
28 U.S.C. ss 1331; FEDERAL
QUESTIONS, 28 U.S.C. ss 1343;
(a)(1)-(a)(4): CIVIL RIGHTS
AND ELECTIVE FRANCHISE,

1

COMES NOW THE PLAINTIFF, DR. RABBI K. A. ISRAEL, ALSO KNOWN AS DR. RABBI K. GARTH RICHARDSON, THE BROTHER OF, AND THE GUARDIAN FOR MS. BEATRICE DEMETRICE GARTH, A DISABLED PERSON. THE PLAINTIFF, DR. RABBI K. A. ISRAEL, CLAIMS THE FIDUCIARY RESPONSIBILITY TO SEEK LIFE-SUSTAINING MEDICAL TREATMENT FOR HIS SISTER UNDER, AND PURSUANT TO: "THE HEALTH-CARE SURROGATE ACT: (755 ILCS 40/1); IN CONSULTATION WITH THE ATTENDING PHYSICIAN FOR MS. BEATRICE DEMETRICE GARTH, AS CITED IN CHAPTER (110)1/2; PARAGRAPH 8511.). THE NAME OF THE PATIENT'S ATTENDING PHYSICIAN IS: DR. KINGRA, OFFICE TELEPHONE NUMBER: (708)-424-1153, PHYSICIAN PAGER TELEPHONE NUMBER: (708)-783-5546, DIRECT TELEPHONE: (708)-715-1986.

THE PLAINTIFF, DR. RABBI K. A. ISRAEL, CANNOT ENFORCE HIS RIGHTS TO PARTICIPATE IN FEDERALLY FUNDED PROGRAMS UNDER THE FEDERAL LAWS PROVIDING FOR THE EQUAL RIGHTS OF CITIZENS OF THE UNITED STATES OF AMERICA AND WITHIN THE JURISDICTION OF THIS DISTRICT COURT.

THE UNITED STATES DEPARTMENT OF JUSTICE PROVIDES FEDERAL FUNDING IN EXCESS OF ((\$\$100,000,000.00)): ONE-HUNDRED-MILLION DOLLARS' PER YEAR TO FUND THE PROGRAMS IN OPERATION AT THE DEFENDANT OFFICES OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS, OFFICES OF THE CLERK OF THE COURT, ET AL..

THE PLAINTIFF, DR. RABBI K. A. ISRAEL, HAS BEEN DENIED ACCESS TO PARTICIPATE IN SAID FEDERALLLY FUNDED PROGRAMS BY THE DEFENDANT OFFICERS OF THE CIRCUIT COURT BECAUSE OF HIS, THE PLAINTIFF'S, ACTS UNDER COLOR OF AUTHORITY DERIVED FROM THE LAWS PROVIDING FOR EQUAL RIGHTS, FOR HIS HAVING REFUSED TO DO ILLEGAL ACTS ON THE GROUNDS THAT SAID ILLEGAL ACTS WOULD BE INCONSISTENT WITH EQUAL RIGHTS LAWS.

2.

DR. RABBI K. A. ISRAEL WAS MADE A DEFENDANT, ON
DECEMBER 12, 2007, IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
AS A THREAT BY ATTORNEY MICHAEL DELANEY, WHO WANTS TO PREVENT
DR. RABBI K. A. ISRAEL FROM PRESERVING THE LIFE AND HEALTH OF
HIS, DR. ISRAEL'S, SISTER AND WARD, MS. BEATRICE DEMETRICE GARTH.

ALL OF THE OTHER DEFENDANTS HAVE BEEN SILENT, AND HAVE DONE
NOTHING TO PREVENT, ATTORNEY MICHAEL DELANEY IN HIS ATTEMPT TO
MURDER THE PLAINTIFF'S WARD AND SISTER, MS. BEATRICE D. GARTH.

MS. BEATRICE DEMETRICE GARTH WAS MADE A RESPONDANT IN THE
CIRCUIT COURT OF COOK COUNTY, ILLINOIS, ONLY AS A RESULT OF
WHEN SHE BECAME A VICTIM OF AN ASSAULT AND RAPE WHILE SHE WAS
A RESIDENT OF AN INDEPENDENT LIVING CENTER, WHICH IS A SUB-CONTRACTOR,
OF THE COUNTY OF COOK AND THE STATE OF ILLINOIS, AT WHICH TIME
DR. RABBI K. A. ISRAEL FILED A PETITION FOR GUARDIANSHIP IN THE
CIRCUIT COURT.

ATTORNEY MICHAEL DELANEY HAS BUSINESS, FINANCIAL, AND SOCIAL
INTERESTS , PAYMENTS, RELATIONSHIPS, AND EMPLOYMENT, WITH BOTH THE
CIRCUIT COURT AND THE INDEPENDENT LIVING CENTER AT WHICH THE
THE PLAINTIFF'S SISTER, MS. GARTH, WAS ASSAULTED, RAPED, AND
KIDNAPPED TO HAMMOND, INDIANA, ON AUGUST 11, 2007.

WHEREFORE, THE PLAINTIFF, DR. RABBI K. A. ISRAEL, PRAYS FOR
LEAVE OF THE COURT TO ENFORCE THE DISTRICT COURT'S JURISDICTION
UNDER, AND PURSUANT TO, ARTICLE (III): SECTIONS (1) AND (2),
AND TO PRESERVE THE PLAINTIFF'S CONSTITUTIONAL RIGHTS UNDER, AND
PURSUANT TO, ARTICLE (IV): SECTION (1) AND PARAGRAPH (1) OF
SECTION (2), ARTICLE (VI): PARAGRAPHS (2) AND (3), AND AMENDMENTS
(I), (IV), (V), (VI), (VII), (VIII), (IX), (X), (XIII), (XIV), AND

3.

AMENDMENT (XV), TO THE CONSTITUTION OF THE UNITED STATES OF AMERICA,
AND FOR THE DISTRICT COURT TO REMOVE ALL PROCEEDINGS FROM THE CIRCUIT
COURT OF COOK COUNTY, ILLINOIS, AND TO REMOVE THIS CASE TO THE
UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION, UNDER, AND PURSUANT TO, 28 U.S.C. ss 1343; CIVIL
RIGHTS CASES: PARAGRAPHS (1) AND (2), 28 U.S.C. ss 1446(a) - (e):
PROCEDURE(S) FOR REMOVAL, AND 28 U.S.C. ss 1343(a)(1)--(a)(4):

IN ADDITION  TO THE PLAINTIFF'S CHARGES AND ALLEGATIONS OF
NON-COMPLIANCE WITH FEDERAL RULES AND REGULATIONS WHICH PROHIBIT
DISCRIMINATION IN THE PROVISION OF SERVICES IN FEDERALLY FUNDED
PROGRAMS OPERATED BY THE DEFENDANT COUNTY AND STATE AGENCIES,
THE PLAINTIFF PRAYS FOR LEAVE OF THE COURT TO REMOVE THIS CASE
UNDER, AND PURSUANT TO, THE SARBANES-OXLEY-ACT OF 2002: SECTION(S)
(403) AND SECTION (404): INVESTIGATIONS AND AUDITS, TO DETERMINE
AN ACCURATE ANALYSIS OF THE REGULATORY COMPLIANCE IN THE USE OF
THE MORE THAN (($$100,000,000.00)) YEARLY FEDERAL FUNDING.

IN FURTHERANCE-OF SAID PRAYERS FOR LEAVE OF THE COURT, AND
AS GROUNDS FOR, AND IN SUPPORT OF, THE PLAINTIFF'S NOTICE OF THE
OF A CIVIL ACTION FROM THE DEFENDANT CIRCUIT COURT TO THE INSTANT
DISTRICT COURT, THE PLAINTIFF, DR. RABBI K. A. ISRAEL, FURTHER
STATES:

(1.) UNDER, AND PURSUANT TO, 28 U.S.C. SECTION 1443; CIVIL
RIGHTS CASES: ANY OF THE FOLLOWING CIVIL ACTIONS OR CRIMINAL
PROSECUTIONS, COMMENCED IN A STATE COURT BY THE DEFENDANT,
TO THE DISTRICT COURT OF THE UNITED STATES (OF AMERICA) FOR THE
DISTRICT AND THE DIVISION EMBRACING THE PLACE WHEREIN IT IS
PENDING:

(1) AGAINST ANY PERSON WHO IS DENIED OR CANNOT ENFORCE
IN THE COURTS OF SUCH STATE A RIGHT UNDER ANY LAW PROVIDING FOR

4.

THE EQUAL CIVIL RIGHTS OF CITIZENS OF THE UNITED STATES (OF AMERICA),
OR OF ALL PERSONS WITHIN THE JURISDICTION THEREOF;

(2) FOR ANY ACT UNDER COLOR OF AUTHORITY DERIVED FROM
ANY LAW PROVIDING FOR EQUAL RIGHTS, OR FOR REFUSING TO DO ANY
ACT ON THE GROUND(S) THAT IT WOULD BE INCONSISTE WITH SUCH LAW(S).

(2.) UNDER, AND PURSUANT TO, THE SECURITIES AND EXCHANGE ACT
OF 1934; 15 U.S.C. SECTION 78(aa): AND THE SARBANES-OXLEY-ACT OF
(2002); RULE(S) (301) IMPLEMENTATION OF STANDARDS OF PROFESSIONAL
CONDUCT FOR ATTORNEYS: (d) BREACH OF FIDUCIARY DUTY,
RULE(S) (406/407): DISCLOSURE REQUIRED BY SECTIONS (406) AND (407)
OF THE SARBANES-OXLEY-ACT OF (2002): SECURITIES AND EXCHANGE
COMMISSION: (17) CODE OF FEDERAL REGULATION PART(S) (228), (229),
AND (249): RULE(S) (303): IMPROPER INFLUENCE ON CONDUCT OF AUDITS:
RULE(S) (302); CERTIFICATION OF DISCLOSURE IN COMPANIES' QUARTERLY
AND ANNUAL REPORTS; SECURITIES AND EXCHANGE COMMISSION, (17) C.F.R.
PARTS (228), (229), (232), (240), (249), (270), AND (274):
RULE(S) (301); STANDARDS RELATING TO LISTED COMPANIES AUDIT
COMMITTEES; RULE(S) (401)(a): DISCLOSURE IN MANAGEMENT'S DISCUSSION
ABOUT "OFF-BALANCE-SHEET" ARRANGEMENTS AND AGGREGATE CONTRACTUAL
OBLIGATIONS; RULE(S) (802) RETENTION OF RECORDS RELEVANT TO  AUDITS
AND REVIEWS; RULE(S) (R.M.I.C.);CERTIFICATION OF MANAGEMENT
INVESTMENT COMPANY SHAREHOLDER REPORTS AND DESIGNATION OF CERTIFIED
SHAREHOLDER REPORTS AS EXCHANGE ACT PERIODIC REPORTING FORMS:
DISCLOSUR(S) REQUIRED BY SECTIONS (406) AND (407) OF THE
SARBANES-OXLEY-ACT OF (2002).

5.

(3.) THE INSTANT ACTION ARISES UNDER THE CONSTITUTION, LAWS, AND TREATIES OF THE UNITED STATES (OF AMERICA): U.S. CONSTITUTION ARTICLE (III) SECTION (2); 28 U.S.C. SECTION 1331; HOWERY VS. ALLSTATE INS. CO., 243 F.3d 912, 916 (5TH. CIR. 2001); TAYLOR VS. APPLETON, 30 F.3d 1365, 1367 (11TH. CIR. 1994); SEE: HECKLER VS. RINGER, 466 U.S. 602, 614-15, 104 S.CT. 2013, 2021-22 (1984) . FEDERAL-QUESTION JURISDICTION MAY BE BASED ON A CIVIL-ACTION ALLEGING A VIOLATION OF THE U.S. CONSTITUTION: BIVENS VS. SIX-UNKNOWN NAMED AGENTS, 403 U.S. 388, 396-97, 91 S.CT. 1999, 2004-05 (1971).

(4.) THE INSTANT ACTION ARISES UNDER FEDERAL CIVIL RIGHTS STATUTES ENACTED BY THE UNITED STATES CONGRESS CONFERRING ORIGINAL JURISDICTION TO THE UNITED STATES DISTRICT COURT:

(1.) UNDER, AND PURSUANT TO, 28 U.S.C. ss 1343; CIVIL RIGHTS AND ELECTIVE FRANCHISE:

(a) THE DISTRICT COURTS SHALL HAVE ORIGINAL JURISDICTION OF ANY CIVIL ACTION AUTHORIZED BY LAW TO BE COMMENCED BY ANY PERSON:

(1) TO RECOVER DAMAGES FOR INJURY TO HIS PERSON OR PROPERTY, OR BECAUSE OF THE DEPRIVATION OF ANY RIGHT OR PRIVILEGE OF A CITIZEN OF THE UNITED STATES (OF AMERICA), BY ANY ACT DONE IN FURTHERANCE OF ANY CONSPIRACY MENTIONED IN SECTION (1985) OF TITLE (42):

(2) TO RECOVER DAMAGES FROM ANY PERSON WHO FAILS TO PREVENT OR TO AID IN PREVENTING ANY WRONGS MENTIONED IN SECTION (1985) OF TITLE (42) WHICH HE HAD KNOWLEDGE WERE ABOUT TO OCCUR AND POWER TO PREVENT;

(3) TO REDRESS THE DEPRIVATION, UNDER COLOR OF ANY STATE LAW, STATUTE, ORDINANCE, REGULATION, CUSTOM OR USAGE, OF ANY RIGHT, PRIVILEGE OR IMMUNITY SECURED BY THE CONSTITUTION OF THE UNITED STATES (OF AMERICA) OR BY ANY ACT OF CONGRESS PROVIDING FOR EQUAL RIGHTS OF CITIZENS OR OF ALL PERSONS WITHIN THE JURISDICTION

6.

OF THE UNITED STATES (OF AMERICA);

(4) TO RECOVER DAMAGES OR TO SECURE EQUITABLE OR OTHER RELIEF UNDER ANY ACT OF CONGRESS PROVIDING FOR THE PROTECTION OF CIVIL RIGHTS, INCLUDING THE RIGHTS TO VOTE.

(b) FOR PURPOSES OF THIS SECTION--

(1) THE DISTRICT OF COLUMBIA SHALL BE CONSIDERED TO BE A STATE; AND

(2) ANY ACT OF CONGRESS APPLICABLE EXCLUSIVELY TO THE SHALL BE CONSIDERED TO BE A STATUTE OF THE DISTRICT OF COLUMBIA.

(5.) THE INSTANT ACTION IS AN INJUNCTION SUIT. IN AN ACTION SEEKING INJUNCTIVE RELIEF, THE AMOUNT IN CONTROVERSY IS USUALLY MEASURED BY THE VALUE OF THE RIGHT SOUGHT TO BE PROTECTED BY THE EQUITABLE RELIEF. HUNT VS. WASHINGTON STATE ADVER. COMM.,432 U.S. 333, 345, 97 S.CT. 2434, 2443 (1977).

(6.) THE INSTANT ACTION IS A DECLARATORY JUDGMENT SUIT. IN AN ACTION SEEKING DECLARATORY RELIEF, THE AMOUNT IN CONTROVERSY IS MEASURED BY THE VALUE OF THE OBJECT OF THE LITIGATION OR THE EXTENT OF THE INJURY TO BE PROTECTED. HARTFORD INS. GROUP VS. LOU-CON INC., 293 F.3d 908, 910 (5TH. CIR 2002); ENERGY CATERING SERV., INC. VS. BURROW, 911 F.SUPP. 221, 223 (E.D. LA. 1995).

(7.) THE FEDERAL COURTS MAY ENTERTAIN SOME COLLATERAL MATTERS IN A PROBATE PROCEEDING. MARKHAM VS. ALLEN, 326 U.S. 490, 494, 66 S.CT. 296, 298 (1946); BEREN VS. ROPFOGEL, 24 F.3d 1226, 1228 (10TH. CIR. 1994).

(8.) THE INSTANT ACTION CLAIMS "PENDENT-CLAIM JURISDICTION." PENDENT-CLAIM JURISDICTION AUTHORIZES FEDERAL COURTS TO EXCERSIZE JURISDICTION OVER ALL OTHER CLAIMS THAT ARE SO RELATED TO THE ORIGINAL

7.

CLAIM GIVING RISE TO ORIGINAL JURISDICTION THAT THEY FORM PART

OF THE SAME CASE OR CONTROVERSY WITHIN THE MEANING OF "ARTICLE (III)

OF THE CONSTITUTION (OF THE U.S.A.)." 28 U.S.C. ss 1367(a); SEE:

CITY OF CHICAGO, 522 U.S. AT 165, 118 S.CT. AT 530.

(9.) UNDER, AND PURSUANT TO, 28 U.S.C. ss 1446: PROCEDURE(S)

FOR REMOVAL:

(a) A DEFENDANT OR DEFENDANTS DESIRING TO REMOVE ANY CIVIL

ACTION OR CRIMINAL PROSECUTION FROM A STATE COURT SHALL FILE IN THE

DISTRICT COURT OF THE UNITED STATES (OF AMERICA)  FOR THE DISTRICT

AND THE DIVISION WITHIN WHICH SUCH ACTION IS PENDING A NOTICE OF

REMOVAL PURSUANT OT RULE (11) OF THE FEDERAL RULES OF CIVIL

PROCEDURE CONTAINING A SHORT AND PLAIN STATEMENT OF THE GROUNDS

FOR REMOVAL, TOGETHER WITH A COPY OF ALL PROCESS, PLEADINGS, AND

ORDERS SERVED UPON SUCH DEFENDANT OR DEFENDANTS IN SUCH ACTION.

(b)....., (c)(1)..., (c)(4)..,

(c)(5) IF THE UNITED STATES DISTRICT COURT DOES NOT

ORDER THE SUMMARY REMAND OF SUCH PROSECUTION, IT SHALL ORDER AN

EVIDENTIARY HEARING TO BE HELD PROMPTLY AND AFTER SUCH HEARING

SHALL MAKE SUCH DISPOSITION OF THE PROSECUTION AS JUSTICE SHALL

REQUIRE. IF THE UNITED STATES DISTRICT COURT DETERMINES THAT

REMOVAL SHALL BE PERMITTED, IT SHALL SO NOTIFY THE STATE COURT

IN WHICH SUCH PROSECUTION IS PENDING, WHICH SHALL PROCEED NO

FURTHER.

(d).......................................

(e) IF THE DEFENDANT OR DEFENDANTS ARE IN ACTUAL CUSTODY

ON PROCESS ISSUED BY THE STATE COURT, THE DISTRICT COURT SHALL

ISSUE ITS WRIT OF HABEAS CORPUS, AND THE UNITED STATES MARSHAL

SHALL THEREUPON TAKE SUCH DEFENDANT OR DEFENDANTS INTO HIS CUSTODY

AND DELIVER A COPY OF THE WRIT TO THE CLERK OF SUCH STATE COURT.

(10.) THE PLAINTIFF, DR. RABBI K. A. ISRAEL, PRAYS FOR LEAVE
OF THE COURT AND, AS THE STAUTES STATE, DEMANDS, AND THE FEDERAL
STATUTES PROVIDE FOR, UNDER, AND PURSUANT TO, F.R.C.P. (38);
JURY TRIAL OF RIGHT:

   (a) RIGHT PRESERVED..., (b) DEMAND..., (c) SAME:
SPECIFICATION OF ISSUES.................................,
AND THE SEVENTH AMENDMENT TO THE CONSTITUTION OF THE UNITED STATES
OF AMERICA PRESERVES, PROVIDES FOR, AND  PROTECTS, THE RIGHT OF
TRIAL BY JURY SO RESPECTFULLY PETITIONED FOR HEREIN, INCLUDING
F.R.C.P. (40): ASSIGNMENT OF CASES FOR TRIAL.

  IN CONCLUSION, ADOLPH HITLER, RIDING ON A WAVE OF FASCISM
AFTER WORLD WAR (I), WAS FAVORED BY THE TRADITIONAL DEFECTS IN
THE SOCIETY, ESPECIALLY, THE LACK OF COHESION, ONLY AFTER THE
INHUMANE EXTERMINATION OF MORE THAN ONE-HUNDRED AND SEVENTY-FIVE
MILLION HUMAN BEINGS, AND THE NUREMBERG TRIALS, DID THE HORRORS
AND TERROR OF A MAN WHO DID NOT EVER DESERVE TO HAVE AUTHORITY
OVER AN ETHNIC GROUP OF PEOPLE WHOM HE HATED, ATTRACT THE ATTENTION
OF AMERICANS WHO PREFERRED TO LOOK THE OTHER WAY WHILE THE SLAUGHTERS
BY A GENOCIDAL XENOPHOBIC MANIAC AND HIS ARMIES RUINED EUROPE.

  ATTORNEY MICHAEL DELANEY HAS NO RIGHT, AND DOES NOT DESERVE
TO HAVE ANY AUTHORITY, OVER AN ETHNICITY, THE PLAINTIFF'S, BECAUSE
ATTORNEY MICHAEL DELANEY'S FIDUCIARY JURISPRUDENCE IS CORRUPTED
BY XENOPHOBIA AND HITLERIAN CUSTOMS.

9.

RESPECTFULLY SUBMITTED BY:

SIGNED: *[signature]*

DR. RABBI K. A. ISRAEL, CONSULAR ATTORNEY,
ALSO KNOWN AS
DR. RABBI K. GARTH RICHARDSON, CONSULAR ATTORNEY,
PARALEGALS FOR CIVIL RIGHTS AND
HUMAN RIGHTS, INTERNATIONALE,
F.E.I.N. 87-0656393,
P.O. BOX 803241,
CHICAGO, ILLINOIS, 60680-3241
(773)-469-8132

DATE: DECEMBER 17, 2007

*[signature]*

NOTARY PUBLIC:

"OFFICIAL SEAL"
PATRICIA A. MARTIN
NOTARY PUBLIC STATE OF ILLINOIS
My Commission Expires 09/23/2009

10.

NOTICE OF FILING. NOTICE OF FILING. NOTICE OF FILING.

PLEASE TAKE NOTICE, THAT ON DECEMBER 17, 2007,  PLAINTIFF(S),
DR. RABBI K. A. ISRAEL, FILED IN THE OFFICES OF THE CLERK OF THE
COURT, FOR THE DISTRICT OF COLUMBIA, WASHINGTON, D.C.,

333 CONSTITUTION AVENUE, N.W., WASHINGTON, D.C., 20001                    ,
PLAINTIFF'S  EMERGENCY COMPLAINT, AND EMERGENCY MOTION FOR VENUE CHANGE,
IN THE FOREGOING CAPTIONED ACTION, A COPY OF WHICH IS ATTACHED AND
IS HEREBY SERVED UPON YOU.

CERTIFICATE AND AFFIDAVIT OF DELIVERY AND PROOF OF SERVICE:

    I, DR. RABBI K. A. ISRAEL, THE PLAINTIFF(S), CERTIFY ON OATH,
THAT ON DECEMBER 17, 2007, THAT I SERVED A COPY OF THE ATTACHED
NOTICE OF FILING, AND THE CAPTIONED DOCUMENTS ATTACHED HERETO,
BY PLACING THEM INTO THE UNITED STATES MAIL AT THE CARDISS-COLLINS
MAIN POSTAL DISTRIBUTION CENTER, AND/OR, AT THE LOOP POST-OFFICE,
CERTIFIED MAIL, OR REGULAR MAIL, PROPER POSTAGE PRE-PAID, AND
DIRECTED TO THE PARTIES AT THE ADDRESSES IN THE CAPTION, AT, OR
BEFORE, 5:00 P.M..

                    RESPECTFULLY SUBMITTED BY:

SIGNED:
DR. RABBI K. A. ISRAEL, CONSULAR ATTORNEY,
GUARDIAN FOR MS. BEATRICE DEMETRICE GARTH,
PARALEGALS FOR CIVIL RIGHTS AND HUMAN RIGHTS,
INTERNATIONALE,   F.E.I.N. 87-0656393,
P.O. BOX 803241,
CHICAGO, ILLINOIS, 60680-3241
TELEPHONE: (773)-469-8132

NOTARY PUBLIC:                          DATE: 12-17-2007

"OFFICIAL SEAL"
PATRICIA A. MARTIN
NOTARY PUBLIC STATE OF ILLINOIS
My Commission Expires 09/23/2009

(Rev. 11/2/01) CCP 0199

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
### COUNTY DEPARTMENT - PROBATE DIVISION

In re the Estate of

MS. BEATRICE DEMETRICE GARTH,

}

No.    07-P-6180

## PROBATE DIVISION COVER SHEET

A Probate Division Cover Sheet shall be filed with the initial petition in all actions filed in the Probate Division. The information required is for clerical purposes only, and shall not be introduced into evidence.  Please check the box next to the category that best describes the type of case being filed.

**Guardianship for Disabled Person**

0001 ☒ Person (PLEASE SEE ATTACHMENTS)

0002 ☐ Estate

0003 ☐ Estate & Person

0019 ☒ Elder Abuse (PLEASE SEE DOCUMENTS ATTACHED).

**Guardianship for Minor**

0011 ☐ Person

0012 ☐ Estate

0013 ☐ Estate & Person

**Probate of Decedent's Estate - Intestate**

0004 ☐ Supervised Administration

0005 ☐ Independent Administration

0014 ☐ Summary Administration

0006 ☐ Letters of Administration to Collect

0018 ☐ Miscellaneous Probate Action (Decedent)

**Other**

0016 ☐ Sell or Transfer Structured Settlement

0017 ☒ Petition to Settle Cause of Action - Wrongful Death

**Probate of Decedent's Estate - Will**

0007 ☐ Supervised Administration

0008 ☐ Independent Administration

0015 ☐ Summary Administration

0009 ☐ Will Annexed – Supervised Administration

0010 ☐ Will Annexed – Independent Administration

08 0121
**FILED**

JAN 22

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Atty. No.: _____

Name: _____

Atty. for Petitioner: DR. RABBI K. A. ISRAEL, A.K.A. DR. RABBI K. GARTH RICHARDSON,

Address: P.O. BOX 803241,

City/State/Zip: CHICAGO, ILLINOIS, 60680-3241,

Telephone: (773)-469-8132

By Attorney _____ Pro Se

ATT. A(i)

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**