FILED
JAN 2 2 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

08 0121

7/18/02

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA, WASHINGTON, D.C.,

DR. RABBI K. A. ISRAEL,
CONSULAR ATTORNEY, BROTHER OF
AND GUARDIAN FOR,
MS. BEATRICE DEMETRICE GARTH,
A DISABLED PERSON,
Plaintiff

VERSUS

CIR. COURT OF COOK COUNTY, ILL.,
D. BROWN, LISA MADIGAN, M. DELANEY,
ET AL., Defendant(s)

# IN FORMA PAUPERIS APPLICATION AND FINANCIAL AFFIDAVIT

CASE NUMBER__________
JUDGE__________

*Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:*

I, DR. RABBI K. A. ISRAEL, declare that I am the ☒plaintiff ☒petitioner ☒movant (other________) in the above-entitled case. This affidavit constitutes my application ☒ to proceed without full prepayment of fees, or ☒ in support of my motion for appointment of counsel, or ☒ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated? ☐Yes XX☒No (If "No," go to Question 2)
I.D. #________ Name of prison or jail:________
Do you receive any payment from the institution? ☐Yes ☐No Monthly amount:________

2. Are you currently employed? ☐Yes XX☒No
Monthly salary or wages:________
Name and address of employer:________

a. If the answer is "No":
Date of last employment: DECEMBER 05, 2006
Monthly salary or wages: 0000000000000; SELF EMPLYED.
Name and address of last employer: BIO-CHEMICAL MOLECULAR & AGRI-GENETICS, P.O. BOX 803241, CHICAGO, ILL., 60680-3241,

b. Are you married? ☐Yes XX☒No
Spouse's monthly salary or wages:________
Name and address of employer:________

RECEIVED
DEC 19 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

PGS: 1-3
ATT.
A(i)-A(xi)

3. Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same address received more than $200 from any of the following sources? *Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.*

a. Salary or wages Yes XX☒No
Amount________ Received by________

b. ☐ Business, ☐ profession or ☐ other self-employment ☐Yes XX☒No
Amount________ Received by________



c. ☐ Rent payments, ☐ interest or ☐ dividends ☐Yes XX☒No

2

Amount__________ Received by__________

d. ☐ Pensions, ☒ social security, ☐ annuities, ☐ life insurance, ☒ disability, ☐ workers' compensation, ☐ unemployment, XX welfare, ☐ alimony or maintenance or ☐ child support XX☒Yes ☐No

Amount $$624.00 SOC.SEC. Received by DR. RABBI K. A. ISRAEL,

e. ☐ Gifts or ☐ inheritances ☐Yes XX☒No

Amount__________ Received by__________

f. XX Any other sources (state source:__________) X☒Yes ☐No

Amount FOOD STAMPS: $113. Received by DR. RABBI K. A. ISRAEL,

4. Do you or anyone else living at the same address have more than $200 in cash or checking or savings accounts? ☐Yes XX☒No Total amount:__________
In whose name held:__________ Relationship to you:__________

5. Do you or anyone else living at the same address own any stocks, bonds, securities or other financial instruments? ☐Yes XX☒No
Property: NONE. Current Value:__________
In whose name held:__________ Relationship to you:__________

6. Do you or anyone else living at the same address own any real estate (houses, apartments, condominiums, cooperatives, two-flats, three-flats, etc.)? ☐Yes XX☒No
Address of property: NONE.
Type of property:__________ Current value:__________
In whose name held:__________ Relationship to you:__________
Amount of monthly mortgage or loan payments:__________
Name of person making payments:__________

7. Do you or anyone else living at the same address own any automobiles, boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000? ☐Yes XX☒No
Property: NONE.
Current value:__________
In whose name held:__________ Relationship to you:__________

8. List the persons <u>who are dependent on you for support</u>, state your relationship to each person and indicate how much you contribute monthly to their support. If none, check here ☐No dependents

MS. BEATRICE DEMETRICE GARTH: SISTER: $$57 DOLLARS PER MONTH.

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: DECEMBER 14, 2007

Signature of Applicant

DR. RABBI K. A. ISRAEL, ALSO KNOWN AS DR. RABBI K. GARTH RICHARDSON.
(Print Name)

---

State of Illinois
Department of Human Services

**Application for Food Stamps**

2(Permanent)

How much money do any FS unit members have in: Cash $ 00000 Checking $ 00000

Savings/Credit Union $ 00000 Stocks, Bonds Other $ 00000

Do any FS unit members have any real estate (other than the home you live in?)........ ☐ Yes XXX No

If yes, describe the property: NOT APPLICABLE.

Did any member buy, sell, or give away anything of substantial value during the last three month? ☐ Yes XXX No

If yes, please explain: NOT APPLICABLE.

**Income from Work**

Has anyone stopped working in the last three months? ☐ Yes XXX No

Is anyone in your FS unit on strike?........ ☐ Yes XXX No

Has a member quit a job, reduced work hours to less than 30 hours per week, or refused to take a job in the last 60 days? ........ ☐ Yes XXX No

If yes, who? NOT APPLICABLE. Why? N/A

Is anyone self-employed? ........ ☐ Yes XXX No

Fill in all blanks for each member with a job. If a member has more than one job, list each job separately. Include self-employment.

| Household Member | Employer/Source | Address | Gross Pay | Hours/Wk | How Often Pd |
|---|---|---|---|---|---|
| 1. NOT APPLICABLE. | | | $ | | |
| 2. N/A | | | $ | | |
| 3. n/A | | | $ | | |
| 4. N/A | | | $ | | |

(Attach another sheet of paper, if necessary)

RECEIVED

OCT 26 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Other Income**

Does anyone receive income from any of the following sources? If so, check each one that applies and give complete information below:

☐ TANF (Temporary Aid to Needy Families)
☐ GA (General Assistance)
☐ Roomers and/or boarders
XXX Supplemental Security Income (SSI)
XXX Social Security
☐ Unemployment Benefits
☐ DCFS (for care of children)
☐ Employment
☐ Aid from another State
☐ Scholarships, student loans, grants
☐ Child Support
☐ Money from friends/relatives (gifts/loans)
☐ Pensions or Retirement Income
☐ SSP (State Supplemental Payment to the Aged, Blind or Disabled)
☐ Any other source of income (explain below)

PLEASE NOTICE:

| Source of Income | Gross Amount | When Received | How Often | Person with Income |
|---|---|---|---|---|
| EXEMPT S.S.I. | $ 624.00 | SEE "PASS CADRE" | MONTHLY | APPLICANT. |
| EXEMPT DIS. BEN | $ 365.00 | SEE S.S.A. ATTACH. | MONTHLY | APPLICANT |
| EXEMPT A.A.B.D. | $ 53.76 | 09/06/2007 | MONTHLY | APPLICANT |
| NOT APPLICABLE | $ | | | |

~~(Explain): THE SOC. SEC. ADM.~~ PROVIDES EXEMPT FUNDS FOR PART OF EDUCATION COSTS.

Does anyone pay a member of the FS unit for meals, a room, or both?........ ☐ Yes XXX No

08 0121

If yes, complete the following:

Name of roomer/boarder: NOT APPLICABLE. Amount: $ N/A How often? N/A

FILED

JAN 22 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IL444-0683 (R-3-07) Please Continue 

ATTACHMENT: A(i)




Social Security Administration
**Supplemental Security Income**

Important Information

RECEIVED
OCT 26 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

PASS CADRE
1233 West Adams
Chicago, IL 60607

Phone: 866-575-4889

Fax: 312-575-6501
Office Hours: 9:00 AM - 4:00 PM

October 3, 2007
Claim Number: 0886 DI

Mr. Keith G. Richardson
Po Box 803241
Chicago, IL 60680-3241

PLEASE NOTICE:
EXEMPT INCOME
PLAN TO ACHIEVE SELF-SUPPORT:

Dear Mr. Richardson,

We reviewed your activities under your Plan for Achieving Self-Support (PASS) we have extended it. Our approval is good through **December 2007** when we will again review the plan.

**Your Plan**

PLEASE NOTICE:

Your work goal is: Mathematics/Engineering Teacher

We approved the following items and services:

| | |
|---|---|
| • UIC HOUSING | $ 1825.00 |
| TOTAL | $ 1825.00** |

PLEASE NOTICE:

***** 1. Special Note- Mr. Keith Richardson you will need to find additional funding sources to cover all your approved cost for the 2007- 2008 the Pass Plan can only meet $ 1,825.00 of the total cost for 2007- 2008 . You need to investigate into grants, scholarships, fellowships, federally funded work study programs, subsidies Federal Loans or a job to help cover remaining cost for 2007-2008 tuition/housing/books at UIC.***

ATT. (ii)

*2. Mr. Keith Richardson you must show improvement with your academic studies by raising your GPA to or above 2.0 and get off of academic probation and declare a major of study. Future approval of your Pass is not possible if you are not showing progress academically towards your occupational goal of becoming a* **Mathematics/Engineering Teacher.**

FOR EDUCATION USE: EXEMPT INCOME

We will exclude your income as follows:

**01/2007 – 12/2007** **$ 365.00(each month)**

We will review your plan in **12/2007**. We will ask for the following information:

- **Proof of your payment towards Tuition/Book cost and school fee's for Spring 2007**
- **Proof of your current GPA and financial Aid Pell Grant at UIC** — Please submit it You
- **Proof of student grade report(submit your unofficial transcript from UIC)**
- **Proof of Fall 2007 & Spring 2008 student class schedule**

We may change the amounts of income and resources used to follow your PASS when we review your plan. Resources are things you own that can be turned into cash.

**Information About Food Stamps And Housing Assistance**

In many cases, income and resources used for a PASS will not be counted for food stamps and housing assistance provided through the U. S. Department of Housing and Urban Development. If you receive or plan to file for food stamps or housing assistance, you will need to contact the particular agency to find out how those benefits will be affected. Take this letter with you when you go.

RECEIVED
OCT 26 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Your Responsibilities**

You must:

- Report any changes in your situation that may affect your plan.
- Keep records of the income and resources you spend on your plan or set aside for later use. (We will want to see these records when we review your plan. To help save these records, we are enclosing a PASS Expenditure/Savings Record and an SSI Recordkeeper Folder.).

- Show what resources you have not yet spent for your plan.

ATT. (iii)

We may suspend or terminate your plan at any time if you:

RECEIVED

OCT 26 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

- Do not follow your plan, as approved,
- Quit your plan,
- Are no longer eligible for SSI, or
- Reach your work goal. You reach your work goal when:
  - -- You are working in your chosen career path; and
  - -- You are earning enough to pay for your living expenses, any out-of-pocket Medical expenses, work related expenses and any unpaid items or services Approved in your PASS.

**If You Disagree With The Decision**

You have the right to appeal if you disagree with the decision. We will review your case and consider any new facts you have. Then a person who did not make the first decision will decide your case.

- You have 60 days to ask for an appeal.
- The 60 days start the day after you get this letter. We assume you got this letter 5 days after the date on it, unless you prove you did not get it within the 5-day period.
- You must have a good reason for waiting more than 60 days to ask for an appeal.
- To appeal you must fill out a form called, "Request for Reconsideration." The form number is SSA-561. To get this form, contact your local Social Security Office. They can assist you with completion of this form.

**How To Appeal**

There are two ways to appeal. <u>You can pick the one you want. If you meet with us in person, it may help us decide your case.</u>

- <u>Case review</u>. You have a right to review the facts in your file. You can give us more facts to add to your file. Then we'll decide your case again. You won't meet with the person who decides your case. This is the only kind of appeal you can have to appeal a medical decision.
- <u>Informal Conference.</u> You meet with the person who decides your case. You can tell that person why you think you're right. You can give us more facts to help prove you're right. You can bring other people to help explain your case.

**If You Want Help With Your Appeal**

You can have a friend, lawyer or someone else help you. There are groups that can help you find a lawyer or give you free legal services if you qualify. There are also lawyers

ATT. A(IV.)

who do not charge unless you win your appeal. We have a list of groups that can help you with your appeal.

You should let us know if you get someone to help you. If you hire someone, we must approve the fee before he or she can collect it.

**If You Have Any Questions**

Please call, write or visit our office if you have any questions. We can answer most questions over the telephone. Our telephone number is 312-575-6505 or 866-575-4889(toll free). If you call or visit our office, please have this letter with you and ask for Mr. Gillespie.

K. Gillespie
Mr. K. Gillespie
PASS Specialist

RECEIVED

OCT 26 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

ATT.: A(V).




## DISCLOSURE OF PAYMENT AMOUNT

RECEIVED

OCT 2 6 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

ACCOUNT NUMBER 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-3 01/31/2007

KEITH G RICHARDSON
1250 SO. HALSTED ST., #382A
CHICAGO, IL 60607

ACCOUNT STATEMENT

### REASON FOR STATEMENT

Under the Income Contingent Repayment (ICR) plan, we calculate your monthly payment amount when we receive updated annual income information. Your monthly payment amount for the Direct Loan(s) you are repaying under the ICR plan has been calculated and is shown below under "Monthly Payment." If you cannot pay your monthly amount, call us at 1-800-848-0979. THIS IS NOT A BILL. Your next due date is 03/21/2007. Please call us if either income or family size information is incorrect, or if you have questions.

| Annual | Family Size | Joint or Single Repayment | Income Date Source | Monthly Payment |
|---|---|---|---|---|
| | 1 | Single | IRS | $.00 |

| ICR Plan | Income Effective Date | Standard | Extended | Graduated |
|---|---|---|---|---|
| | | ESTIMATED MONTHLY PAYMENT IF ON OTHER PLAN: | | |
| ICR 3 | 12/31/2003 | $954.74 | $567.18 | $507.27 |

### REPAYMENT PLAN CHANGES

We have included estimated monthly payment amounts for the same loan(s) under other repayment plans. Please remember, the smaller the monthly payment, the higher the cost of the loan over time. Actual amounts could vary from the estimates due to changes in income, interest accrual, and capitalization. To change plans, read the enclosed Repayment Plan Choices Information Sheet, and then complete the enclosed Repayment Plan Selection form and return it to the address on the reverse side of this Disclosure. To change between ICR plans, call us at 1-800-848-0979.

### NEGATIVE AMORTIZATION

We will notify you if your payment does not cover interest accumulating monthly on your loan. You may pay the interest in excess of your payment, or we will add it annually to your principal. This increase in principal will increase the total cost of your loan.

ATT. A(vi.)

THIS DISCLOSURE DOES NOT INCLUDE ANY DIRECT PLUS LOANS YOU MAY HAVE. FOR YOUR DIRECT CONSOLIDATION LOANS, THIS DISCLOSURE IS BASED ONLY ON TOTAL DEBT CONSOLIDATED BY THIS DATE. YOUR PAYMENT AMOUNT WILL BE RECALCULATED IF YOUR DEBT IS FULLY CONSOLIDATED AT A LATER DATE.

PLEASE NOTE: EDUCATION DEBT

Your interest rate information is shown on the back of this Notice.

OUR RECORDS INDICATE

| | | | |
|---|---|---|---|
| NET DISBURSEMENT AMOUNT | $78,546.36 | LOAN TYPE | CONSOL |
| CAPITALIZED INTEREST | $.00 | SOCIAL SECURITY NO. | 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 |
| TOTAL PRINCIPAL PAID | $.00 | TELEPHONE NO. | (773)540-4836 |
| TOTAL INTEREST PAID | $.00 | LOAN STATUS | REPAYMENT |
| TOTAL LATE CHARGES PAID | $.00 | CURRENTLY ENROLLED AT | |
| OUTSTANDING PRINCIPAL BAL | $78,546.36 | ☐ FULL TIME ☐ HALF TIME ☐ PART TIME | |
| LAST PAYMENT DEPOSITED | | | |
| TO PRINCIPAL | $.00 | FORBEARANCE EXPIRES | |
| TO INT $.00 LATE CHRG | $.00 | EXPECTED/ACTUAL SEPARATION DATE | 01/31/2007 |
| LATE CHARGES DUE | $.00 | | |
| PAST DUE AMOUNT | $.00 | DEFERMENT EXPIRES | |
| CURRENT DUE AMOUNT | $.00 | FIRST/NEXT INSTALLMENT | 02/21/2007 |
| TOTAL AMOUNT DUE | $.00 | ACCRUED INT. THROUGH 01/31 | $216.66 |

*A late charge may be assessed for payments received after the due date. These charges are calculated to be five percent of your regular monthly payment amount. Late Charges Due represents the total unpaid late charges for your Direct Loan(s).

*Our Mission is to Ensure Equal Access to Education and to Promote Educational Excellence Throughout the Nation*

U.S. Department of Education

DSC2AV10

0000004

UNIVERSITY OF ILLINOIS
CHICAGO • SPRINGFIELD • URBANA-CHAMPAIGN

**Due Date**
April 23, 2007

UIC
University Student Financial Services
& Cashier Operations
Room 1900 Student Services Building
1200 W Harrison Street
Chicago, IL 60607-7162
Phone: (312)996-8574

UIS
University Student Financial Services
& Cashier Operations
Public Affairs Center, Room 165
One University Plaza, MS PAC 184
Springfield, IL 62703-5407
Phone: (217)206-6727

UIUC
University Student Financial Services
& Cashier Operations
162 Henry Administration Building
506 S. Wright Street
Urbana, IL 61801-3636
Phone: (217)333-2180

P

Account #: 673030087 | Name: Keith G. Richardson | Billing Date: April 3, 2007

## ACCOUNT DETAIL

| Term | Date | Description | Charges and Adjustments | Payments an Credits |
|---|---|---|---|---|
| | | * PREVIOUS BILLED BALANCE * | 15,911.06 | |
| | | - CURRENT CHARGES - | | |
| INVOICE NUMBER - S2234515 | | | | |
| 220071 | 30-Mar-2007 | TBH Housing Contract | 861.52 | |
| | 30-Mar-2007 | TBH Cancellation Fee | 100.00 | |
| | 30-Mar-2007 | TBH Housing Contract | -3,446.00 | |
| 888888 | 03-Apr-2007 | Late Payment Charge | 171.98 | |
| | | - CURRENT PAYMENTS- | | |
| 220071 | 13-Mar-2007 | SAR Payments/Chicago | | 1,00 |
| | | * CURRENT BILLED BALANCE * | 12,598.56 | |

RECEIVED

OCT 26 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

ATT: A(vii)

PLEASE NOTE:
EDUCATION DEBT:

**Current Amount Du**
$12,598.56

(This includes a Past Due Balance of 1,465.06)

**Future Amount Du**
$0.00

PLEASE RETURN BOTTOM PORTION OF THIS STATEMENT WITH PAYMENT

UNIVERSITY OF ILLINOIS
CHICAGO • SPRINGFIELD • URBANA-CHAMPAIGN

Please make your check payable to the University of Illinois and include your University Identification Number (UIN) on your check.

| Account # | : 673030087 |
|---|---|
| Payment Due Date | : April 23, 200 |
| Current Amount Due | : $12,598.56 |
| Future Amount Due | : $0.00 |

To pay your account in full, please pay Current Amou and any Future Amount Due.

Keith G. Richardson
PO Box 803241
Chicago, IL 60680-3241

University of Illinois
Student A/R
PO Box 19455
Springfield, IL 62794-9455

6730300875000040307880012598560012598560 00




www.peoplesgasdelivery.com

| Bill Date | Account Number | Payment Due Date | Amount Due |
|---|---|---|---|
| 10/03/2007 | 4 5000 4700 6031 | No Amount Due | $.00 |

Name: **Keith G Richardson**
Service Address: 1839 S Racine Ave, Chicago IL 60608-3213
Service Classification: **Rate 1 - Small Residential Service - Heating**

**Activity Since Last Bill**

| | | | | | |
|---|---|---|---|---|---|
| Previous Balance | | | | $71.02 | |
| Thank You For Your Payment | | | | - $50.00 | |
| Cancel Prior Billing (02-15-2007 to 02-15-2007) | | | | - $313.53 | |
| Credit | | | | | - $292.51 |

**Delivery Charge**

| | | |
|---|---|---|
| Customer Charge | $72.13 | |
| | | $72.13 |

**Taxes**

| | | | | | |
|---|---|---|---|---|---|
| Chicago Municipal Tax | $72.13 x | 8.24 % | = | $5.94 | |
| State Tax | $72.13 x | 0.10 % | = | $0.07 | |
| | | | | | $6.01 |

**Total Current Charges** $78.14

**TOTAL BALANCE** - $214.37

## Messages

Please help families in your community stay warm this winter by donating to Share the Warmth. Either add a dollar to your bill this month or use the enclosed form.

To pay your gas bill by credit card, call 1-866-295-0086. A convenience fee will apply.

Customer Inquiries 1-866-556-6001
Emergencies 1-866-556-6002
En Español 1-866-556-6003
TDD Line 1-866-556-6007

**Current Usage**
Billing Period From 02-15-07 To 10-02-07 229 days

**Meter Reading**
Meter Number P2811248
Current Actual 0 10-02-07
Previous Actual 0 10-02-07
Difference 0 100 Cubic Feet

Meter Number P1997054
Current Actual 6321 10-02-07
Previous Actual 6321 02-15-07
Difference 0 100 Cubic Feet

**Therm Conversion**
0 x 1.011 BTU Factor = .00 Therms

| Average Daily | Oct 2006 | Oct 2007 |
|---|---|---|
| Therms Used | N/A | N/A |
| Temperature | 59 F | 61 F |

**Summary of Usage in Therms**
(Therms)
5
4
3
2
1
0
MAR APR MAY JUN JUL AUG SEP OCT
2006 2007

The gas charge for October is 68.11 cents per therm and for September it was 70.45 cents per therm. The gas charge reflects how much Peoples Gas pays for gas, which is what you pay.

**See back of bill for definitions of terms used on this bill.**

RECEIVED

OCT 26 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

79 PG960L

PEOPLES GAS.

**ACCOUNT NUMBER: 4 5000 4700 6031**

NO PAYMENT DUE

ATT.: A(viii)

CAR-RT SORT **C035

KEITH G RICHARDSON
1839 S RACINE AVE
CHICAGO IL 60608-3213

PEOPLES GAS
CHICAGO IL 60687-0001

Yes, I would like to pledge one dollar per month to the Share the Warmth fund which helps low-income customers pay energy bills. I have added one dollar to my payment. Check this box -> ☐

Please do not write or stamp below this line.

404500047006031000040000000000000000

An Exelon Company

Customer Service: 1-800-Edison-1 (1-800-334-7661)

Page 1 of 1

PAID OCT 0 4 2007 18th & Blue Island Curr. Exch., Inc. 1825 S. BLUE ISLAND PHONE: (312) 666-9670

| | |
|---|---|
| Name | ISRAEL K RICHARDSON |
| Service Location | 1839 S RACINE AVE UNIT 2RB CHICAGO |
| Phone Number | 773-540-4836 |
| **Account Number** | **4539802076** |
| Issue Date | August 30, 2007 |

Meter Information

| Read Date | Meter Number | Load Type | Reading Type | Meter Reading Previous | Present | Diff | Mult x | Usage |
|---|---|---|---|---|---|---|---|---|
| 08/30 | 141163856 | General Service | Tot kWh | 1559 EST | 2503 ACT | 944 | 1 | 94 |

Current Period

Residential - Blended Multiple — Service from 07/31/2007 to 08/30/2007 - 30 Da

| | | | | |
|---|---|---|---|---|
| Customer Charge | | | $5.43 | |
| Standard Metering Charge | | | 2.21 | |
| Distribution Facilities Charge | 944 kWh X | 0.01965 | 18.55 | |
| Transmission Services Charge | 944 kWh X | 0.00415 | 3.92 | |
| Supply Administration Charge | | | 0.03 | |
| Energy Supply Charge | 944 kWh X | 0.07320 | 69.10 | |
| Purchased Electricity Adjustment | | | 4.72 | |
| Environmental Cost Recovery Adj | 944 kWh X | 0.00010 | 0.09 | |
| Instrument Funding Charge Credit | 944 kWh X | -0.00415 | -3.92 | |
| Instrument Funding Charge Debit | 944 kWh X | 0.00415 | 3.92 | |
| Franchise Cost | | | 5.00 | |
| State Tax | | | 3.12 | |
| Municipal Tax | | | 5.93 | |
| **Total current charges** | | | | **$118.10** |

Other Charges

| | | |
|---|---|---|
| Charges from previous bill | $20.89 | |
| **Total other charges** | | **$20.89** |

**Total amount due** **$138.99**

Your Usage Profile




| Month Billed | Total Demand | Avg Daily kWh | Avg Daily Temp |
|---|---|---|---|
| Current Month | 0.0 | 31.5 | 76 |
| Last Month | 0.0 | 3.5 | 73 |
| Last Year | 0.0 | 0.0 | 0 |

Omit previous balance if paid. Unpaid previous balances are subject to late charges. If you have a past due balance on your ComEd bill, you may be at risk for disconnection. For help with paying your electric bill, see this month's Energy@Home bill insert.

When paying in person, please bring the entire bill.

ATT.: A(ix)

RECEIVED
OCT 26 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| Customer | Account Number | Bill Period | Bill Date | Page |
|---|---|---|---|---|
| KEITH G RICHARDSON | 0621389566-2 | Sep 4 - Oct 3 | Oct 4, 2007 | 1 of 14 |

# Your Sprint Bill

## Balance Summary

| | |
|---|---|
| Previous Balance | $260.10 |
| Payment On Oct 3 | -100.00 |
| | $160.10 |

| | |
|---|---|
| Monthly Service Charges | $93.15 |
| Additional Usage Charges & Purchases | 7.36 |
| Other Charges | 12.70 |
| Taxes, Surcharges & Fees | 17.28 |
| | $130.49 |

**Total Due Immediately $290.59**

Amount Due after October 30 $304.18

## Notes

RECEIVED

OCT 26 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## Total Minutes Used

| | Used |
|---|---|
| Courtesy Minutes | 0.0 |
| Anytime Minutes | 813.0 |
| Night & Weekend Minutes | 104.0 |
| Sprint Mobile to Mobile | 208.0 |
| | 1,125.0 |

ATT: A(xi)

## Questions about your bill?

You can contact us:

On the Web: www.sprintpcs.com
By phone: 1-888-211-4727

Use your Sprint Phone:
Dial *2 to contact Customer Service
Dial *3 to make a one-time payment
Dial *4 to receive account information

Sprint



Detach and return this remittance form with your payment.
Make check or money order payable to Sprint in U.S. dollars.

Do not send cash.
Questions? Call 1-888-211-4727

Account Number: 0621389566-2

☐ Check box for change of address (see reverse)

| Total Due | Amount Enclosed |
|---|---|
| $290.59 | $ |



#BWNGMZW ****AUTO**3-DIGIT 606
#0621389566 2#
00001686 02 AT 0.459 01 D5

KEITH G RICHARDSON
PO BOX 803241
CHICAGO IL 60680-3241

SPRINT
P O BOX 660092
DALLAS TX 75266-0092

8 CHICHI34 06213895662 00000290599 9