# U.S. District Court
## District of Columbia (Washington, DC)
### CIVIL DOCKET FOR CASE #: 1:08–cv–00121–UNA

ISRAEL v. CIRCUIT COURT OF COOK COUNTY et al  
Assigned to: Unassigned  
Demand: $100,000,000  
Cause: 42:1983 Civil Rights Act  

Date Filed: 01/22/2008  
Date Terminated: 01/22/2008  
Jury Demand: Plaintiff  
Nature of Suit: 440 Civil Rights: Other  
Jurisdiction: Federal Question  

**Plaintiff**

**RABBI K. A. ISRAEL**  
*Dr.*  
*also known as*  
K. GARTH RICHARDSON  

represented by **RABBI K. A. ISRAEL**  
P. O. Box 803241  
Chicago, IL 60680–3241  
(773) 469–8132  
PRO SE  

V.

**Defendant**

**CIRCUIT COURT OF COOK COUNTY**  
*Illinois*

**Defendant**

**DOROTHY BROWN**  
*Clerk of the Court*

**Defendant**

**MIKE DELANEY**  
*Attorney at Law*

**Defendant**

**LISA MADIGAN**  
*Attorney General for the State of Illinois*

**Defendant**

**ETHEL MAE SPENCER**

**Defendant**

**ELVIE NELSON GARTH**

**Defendant**

**ERNESTINE ALLEN**

| Date Filed | # | Docket Text |
| --- | --- | --- |

| | | |
|---|---|---|
| 01/22/2008 | " 1 | COMPLAINT against CIRCUIT COURT OF COOK COUNTY, DOROTHY BROWN, MIKE DELANEY, LISA MADIGAN, ETHEL MAE SPENCER, ELVIE NELSON GARTH, ERNESTINE ALLEN filed by RABBI K. A. ISRAEL.(ls, ) (Entered: 01/23/2008) |
| 01/22/2008 | " | SUMMONS Not Issued as to CIRCUIT COURT OF COOK COUNTY, DOROTHY BROWN, MIKE DELANEY, LISA MADIGAN, ETHEL MAE SPENCER, ELVIE NELSON GARTH, ERNESTINE ALLEN (ls, ) (Entered: 01/23/2008) |
| 01/22/2008 | " 2 | MOTION for Leave to Proceed in forma pauperis by RABBI K. A. ISRAEL (ls, ) (Entered: 01/23/2008) |
| 01/22/2008 | " 3 | MOTION to Appoint Counsel by RABBI K. A. ISRAEL (ls, ) (Entered: 01/23/2008) |
| 01/22/2008 | " 4 | ORDER TRANSFERRING PRO SE CASE to the USDC for the Northern District of Illinois. Determination of whether plaintiff should be permitted to proceed further without pre−payment of fees to be decided by the Transferee Court.. Signed by Judge John D. Bates on 1/15/08. (ls, ) (Entered: 01/23/2008) |
| 03/04/2008 | " | Case transferred out to the USDC for the Northern District of Illinois, pursuant to Court Order entered 1/22/08. Sent to Court by Electronically. (ls, ) (Entered: 03/04/2008) |