# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Amy J. St. Eve | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1374 | **DATE** | 3/10/2008 |
| **CASE TITLE** | Isreal vs. Circuit Court of Cook County | | |

**DOCKET ENTRY TEXT**

Because the allegations and defendants in the present action are identical to the allegations and defendants in case number 07 C 7084, the Court dismisses Plaintiff Dr. Rabbi K.A. Israel's Complaint in case number 08 C 1374 without prejudice. Accordingly, the Court denies Plaintiff's motion to proceed in forma pauperis [2] and motion for appointment of counsel [3] as moot.

Docketing to mail notices.

| | Courtroom Deputy Initials: | TH |
|---|---|---|

Case 1:08-cv-01374     Document 6     Filed 03/10/2008     Page 1 of 1

08C1374 Isreal vs. Circuit Court of Cook County     Page 1 of 1